IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE ANTHONY DUNCAN,<br><br>Defendant. | 4:21-cr-00144-RGE-HCA |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (PLEA AGREEMENT)

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count 2 of the Superseding Indictment, which charged him with Receipt of Child Pornography in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1), and to Count 3 of the Superseding Indictment, which charged him with Possession of Child Pornography including images involving prepubescent minors and minors who had not attained 12 years of age in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2). Defendant also agrees to forfeiture of an Apple iPhone 12 Pro Max, model A2342 cellular telephone, as set forth in the plea agreement and listed in the Superseding Indictment. After cautioning and examining Defendant under oath concerning each of the subjects addressed in Rule 11, I determined that the guilty pleas were in their entirety voluntarily, knowingly, and intelligently made and did not result from force, threats, or promises. I further determined that there is a factual basis for the guilty pleas on each of the essential elements of the offenses in question. A plea agreement was disclosed at the plea proceeding and Defendant stated he understood its terms and agreed to be bound by them. To the extent the plea agreement is of the

type specified in Rule 11(c)(1)(A) or (C) Defendant was advised the district judge to whom the case is assigned may accept the plea agreement, reject it, or defer a decision whether to accept or reject it until the judge has reviewed the presentence report as provided by Rule 11(c)(3)(A). To the extent the plea agreement is of the type specified in Rule 11(c)(1)(B) Defendant was advised by the Court that Defendant has no right to withdraw the plea if the Court does not follow a recommendation or request in question.

I recommend that the pleas of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly. A presentence report will be ordered and sentencing proceedings scheduled.

Date: 3/30/22

ROSS A. WALTERS
U.S. MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).